UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LORI SMITH, | No. C 11-03495 LB |
| Plaintiff, | **ORDER REGARDING TRIAL** |
| v. | |
| HARTFORD LIFE & ACCIDENT, | |
| Defendant. | |

Plaintiff Lori Smith filed this ERISA lawsuit against defendant Hartford Life and Accident Insurance Company ("Hartford") and seeks reinstatement of her life insurance waiver of premium benefits. Complaint, ECF No. 1 at 14.[1] The parties agree that the court reviews Hartford's denial of these benefits for abuse of discretion. *See* Plaintiff's Opening Trial Brief, ECF No. 26 at 12; Defendant's Opening Trial Brief, ECF No. 27 at 20. Thus, the parties stipulated that the bench trial will be based on the administrative record, the parties' trial briefs and, if the court deems it necessary, the parties' oral argument. *See* Stipulation, ECF No. 34. For this reason, and pursuant to the parties' stipulation, the court vacated the pretrial conference and ordered that other, usually-required pretrial papers need not be submitted. Stipulation and Order, ECF No. 35.

The "bench trial on the record," *see Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-03495 LB
ORDER REGARDING TRIAL

1999), currently is scheduled for December 10-12, 2012, and it appears, from the parties' trial briefs, stipulation, and previous case management statements, that the trial will involve only oral argument from counsel. The parties thus estimate that this trial "should require no more than one to two hours." 9/13/2012 Case Management Statement, ECF No. 24 at 2.

In light of the unique circumstances surrounding this bench trial, the court **SETS** a telephonic case management conference for Thursday, December 6, 2012 at 10:30 a.m. Counsel may appear at it through CourtCall, and they shall make the necessary arrangements to do so. The court wishes to discuss what, exactly, counsel expect to occur at this bench trial, other than oral argument, which may or may not even be necessary. In addition, to allow the court more time to review and consider the administrative record and the parties' trial briefs, the court is considering vacating the current trial dates and, instead, setting a one-day bench trial on Monday, January 14, 2013 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03495 LB
ORDER REGARDING TRIAL
2