UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LORI SMITH, | No. C 11-03495 LB |
| Plaintiff, | **ORDER FOLLOWING DECEMBER 6, 2012 FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| HARTFORD LIFE & ACCIDENT, | |
| Defendant. | |

On December 6, 2012, the court held a Further Case Management Conference to discuss the upcoming "bench trial on the record," *see Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999), in this case. 12/6/2012 Minute Order, ECF No. 39. At the Conference, the court vacated the current trial dates of December 10-12, 2012, and reset the trial for January 14, 2013 at 9:00 a.m. *Id*. The court also granted the parties' request to file additional reply briefs, which should not exceed five pages in length. *Id*.

The court also has a request that it failed to mention at the Conference. On October 29, 2012, Defendant filed the administrative record for this case. ECF Nos. 29-33. It also provided the court with an copy of the record, but this copy complies with the Civil Local Rules for the Central District of California, not those for the undersigned. Specifically, the copy that Defendant provided to the court is blue-backed and is hole-punched and bound at the top of the document. *See* C.D. Cal. Civ. L.R. 5-4.5, 11-3, 11-4. The Northern District does not require this presentation. Instead, its Civil Local Rules require litigants to provide copies of filed documents that conform to the requirements

that are set forth in the standing order for the judge to whom the copy is provided.  *See* N.D. Cal. Civ. L.R. 5-1(e)(7), 5-2(b).  The undersigned's standing order asks litigants to provide copies that are three-hole-punched on the side of the paper.  See Standing Order for United States Magistrate Judge Laurel Beeler, Northern District of California, http://www.cand.uscourts.gov/filelibrary/366/LB%20May%2017%20Standing%20Order.pdf (last accessed Dec. 6, 2012).

Ordinarily, this mistake would be of no importance to the court, but because the administrative record is so voluminous, the copy of it will be much easier to review if it easily can be placed in binders.  Thus, in this unique instance, the court directs Defendant to provide the court will a new copy of the administrative record.  This new copy shall be three-hole-punched on the side of the paper, and, to reduce the volume of the documents, it shall be double-sided as well.  Defendant shall provide this new copy of the administrative record to the court by December 14, 2012.

**IT IS SO ORDERED.**

Dated: December 7, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03495 LB
ORDER
2